## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20-cv-317-RJC

| | | |
|---|---|---|
| **JACOB MICHAEL RIDDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANDREW M. SAUL,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed this action against Defendant on November 6, 2020. (Doc. No. 1). However, Plaintiff's Complaint was not accompanied by either a filing fee or an *in forma pauperis* application. The Court has attempted to contact Plaintiff to correct the error, but all attempts to contact Plaintiff have been unsuccessful.

**THEREFORE**, Plaintiff is hereby notified that he shall have 30 days from the date of this Order in which to correct the error. If Plaintiff fails to do so, then the case shall be dismissed without prejudice.

Signed: January 14, 2021

Robert J. Conrad, Jr.
United States District Judge

1